# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:24-CV-00413-GCM

| | |
|---|---|
| **ALEXANDRA SHIFER,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Eddie Pierre Pierre (Doc. No. 11).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Pierre is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Shifer.

**IT IS SO ORDERED**.

Signed: August 28, 2024

Graham C. Mullen
United States District Judge